IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LUIS FABELO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 05-228-ST |
| v. ) | |
| ) | O R D E R |
| ANDREWS, ARNOLD, GORE, ) | |
| RODRIGUEZ, SHEBONDY, and ) | |
| TILDEN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Luis Fabelo
SID # 11669805
OSP/Legal Mail
2605 State Street
Salem, Oregon  97310

    Pro Se Plaintiff

Page 1 - ORDER

      Kathryn A. Cottrell
      State of Oregon
      Department of Justice
      1162 Court Street NE
      Salem, OR 97301

          Attorney for Defendants

KING, Judge:

      The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 31, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#39).

      IT IS HEREBY ORDERED that Defendants' Unenumerated 12B Motion to Dismiss for Failure to Exhaust (#33) is granted.

      DATED this 28th day of August, 2006.

                      /s/ Garr M. King
                      GARR M. KING
                      United States District Judge